U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

NOV - 7/2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| JEREMIAH HARRIS | * | CIVIL ACTION NO. 12-1730 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that plaintiff's motion for attorney fees [doc. # 12] is hereby GRANTED, and that the Commissioner shall remit to Plaintiff's counsel a check made payable to Plaintiff Jeremiah Harris in the amount $2,025.00 (13.5 hours at $150.00 per hour).

THUS DONE AND SIGNED this 6th day of November 2013, Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE